**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| v. | : | NO. 04-0348-01 |
| **SHANTE HALL** | : | |

## ORDER

**NOW**, this 15th day of September, 2016, upon consideration of the Defendant's Motion for Relief Under 28 U.S.C. Section 2255 (Document No. 100) and the government's response, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that there is no probable cause to issue a certificate of appealability.

      /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.